E-FILED: 3-31-10

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA AZARYAN, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>AIG CLAIMS SERVICES, INC., et al.,<br><br>        Defendants. | CASE NO. CV 09-1085-GHK (JCx)<br><br>JUDGMENT |

      Pursuant to our March 31, 2010 Order granting Defendants AIG Domestic Claims, Inc., erroneously sued as AIG Claims Services, Inc., and National Union Fire Insurance Company of Pittsburgh, PA (collectively, "Defendants"), it is hereby **ADJUDGED** that Defendants **SHALL** have judgment against Plaintiffs Aida Azaryan, Edvin Kadimyan, and Edgar Kadimyan, who shall take nothing by their Complaint.

      **IT IS SO ORDERED**.

DATED: March 31, 2010

_____
GEORGE H. KING
United States District Judge